IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| EXCEL ENERGY GROUP, INC., | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:17-cv-00678-SWW |
| | * | |
| | * | |
| TEU SERVICES, INC., | * | |
| | * | |
| Defendant. | * | |

# ORDER

The motion [doc.#24] of Excel Energy Group, Inc. to dismiss its complaint against TEU Services, Inc. with prejudice is granted.

IT IS SO ORDERED this 20th day of March 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE